Appeal No. 79-443. JOHN MARSDEN *v.* PEERLESS INSURANCE COMPANY. The defendant's motion to dismiss this appeal as premature is granted.

Mr. Justice Doris did not participate. *Joseph A. Capineri,* for plaintiff, *Gunning, LaFazia & Gnys, Inc., Lincoln C. Almond,* for defendant.